Stafford P. Cruikshank, *Respondent, v.* Willett Bronson, *Appellant.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by Davis, P. J.

Elizabeth A. L. Hyatt, *Appellant, v.* George W. Tice and another, *Respondents.* — Judgment affirmed, with costs.   Opinion by Davis, P. J.

In the Matter of Alfred W. Hearn. — Order reversed, with ten dollars costs and disbursements.   Opinion by Brady, J.

Thomas L. Barber, *Respondent, v.* Benjamin Stearns, *Appellant.* — Judgment affirmed, with costs.   Opinion by Brady, J.

Shepperd T. Lippincott, *Respondent, v.* Fletcher Westray, *Appellant.* — Order refusing resettlement affirmed.   Opinion by Davis, P. J.

Elmore A. Kent, *Respondent, v.* Sarah H. Popham, *Appellant.* — Judgment modified as directed in opinions.   Opinions by Brady, J., and Davis, P. J.

Joseph J. Kittel, *Appellant, v.* Nathaniel W. Burtis and others, *Respondents.* — Judgment affirmed, with costs, as to respondent Willetts, and reversed as to all other defendants; new trial ordered as to them, with costs to abide event.   Opinion by Davis, P. J.

William H. Coffin, *Respondent, v.* J. H. Stitt, *Appellant.* — Order affirmed, with ten dollars costs and disbursements.   Opinion by Daniels, J.

Warren C. Dewey, *Respondent, v.* Harrison S. Vining, *Appellant.* — Judgment affirmed.   Opinion by Brady, J.

Gilman B. Du Bois, *Respondent, v.* Albert H. Lamson, *Appellant.* — Judgment affirmed.   Opinion by Daniels, J.; Brady, J., dissenting.

Edward Olmstead and others, *Respondents, v.* Charles Wehle, *Appellant.* — Judgment reversed, with costs to abide event. Opinion by Brady, J.